COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-15-00583-CV

Style:     The Honorable Mark Henry, County Judge of Galveston County
v. The Honorable Lonnie Cox

Date motion filed:     July 27, 2015

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated July 20, 2015.

Judge's signature:   /s/ Terry Jennings
              x Acting individually

Date:   August 7, 2015

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).